1
2
3
4
5
6
7
8
9       UNITED STATES DISTRICT COURT
10      CENTRAL DISTRICT OF CALIFORNIA
11

12   JERRY BUCKNER,              )      Case No. CV 15-9849-VAP (JEM)
                                 )
13              Petitioner,      )
                                 )      ORDER ACCEPTING FINDINGS AND
14         v.                    )      RECOMMENDATIONS OF UNITED
                                 )      STATES MAGISTRATE JUDGE
15   ERIC ARNOLD,                )
                                 )
16              Respondent.      )
     _____ )
17

18          Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the

19   records on file, and the Report and Recommendation of the United States Magistrate

20   Judge.  Petitioner has filed Objections, and the Court has engaged in a de novo review of

21   those portions of the Report and Recommendation to which Petitioner has objected.  The

22   Court accepts the findings and recommendations of the Magistrate Judge.

23          IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition is granted;

24   and (2) Judgment shall be entered dismissing the action with prejudice.

25

26   DATED: July 9, 2016          _____
                                  VIRGINIA A. PHILLIPS
27                                UNITED STATES DISTRICT JUDGE

28