1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9
10

11 | JERRY BUCKNER,                          )        Case No. CV 15-9849-VAP (JEM)
12 |                          Petitioner,   )
13 |              v.                        )        **J U D G M E N T**
14 | ERIC ARNOLD,                           )
15 |                          Respondent.   )
16

17      In accordance with the Order Accepting Findings and Recommendations of United

18 States Magistrate Judge filed concurrently herewith,

19      IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

20
21
22 DATED:   July 9, 2016
                                          _____
23                                        VIRGINIA A. PHILLIPS
                                          UNITED STATES DISTRICT JUDGE
24
25
26
27
28